**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Lynn Lee

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN LEE, | No. SACV 11-01521 (JEM) |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS |
| v | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of THREE THOUSAND DOLLARS and NO CENTS ($3,000.00) for attorney fees and TWENTY DOLLARS and EIGHTY-NINE CENTS ($20.89) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated:     July 6, 2012

*/s/John E. McDermott*
THE HONORABLE JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE